# EXHIBIT 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-298-664

**Effective Date of Registration:**
June 01, 2021
**Registration Decision Date:**
June 28, 2021

---

## Title

**Title of Work:** Cinematic Trailer - Legends of Runeterra

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 04, 2020
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Riot Games, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Riot Games, Inc.
12333 W. Olympic Blvd., Los Angeles, CA, 90064, United States

## Rights and Permissions

**Organization Name:** Riot Games, Inc.
**Name:** Legal Department
**Email:** ip@riotgames.com

## Certification

**Name:** Jake Dietrich
**Date:** June 01, 2021