# EXHIBIT 7

## PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

## Youtube – Welcome to Planet Urf – League of Legends.mp4



## Welcome to Planet Urf | Login Screen - League of Legends

8,220,094 views • Apr 1, 2015

👍 148K  👎 DISLIKE  ↗ SHARE  ≡+ SAVE  ...



League of Legends ✓
14.7M subscribers

**SUBSCRIBE**

Download the music: http://riot.com/PlanetUrf

LYRICS:
URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF
URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF
URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF
URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF
URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF
URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF
URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF URF
URF URF URF URF URF URF URF URF URF



League of Legends
2009
BROWSE GAME >

Gaming
BROWSE ALL GAMING >

SHOW LESS



League of Legends URF Champion Select Music 【1 HOUR】
TheMusicHour
297K views • 5 years ago

Mix - League of Legends


Mix - League of Legends
YouTube


The Hit List
YouTube Music
Updated today


Mix - Welcome to Planet Urf | Login Screen - League of Legends
YouTube


Welcome to planet URF [1 Hour]
VR Soundss
292K views • 3 years ago


{LoL} Bilgewater event in-game music 1 HOUR
Tubjess
3M views • 6 years ago


K/DA - POP/STARS (ft. Madison Beer, (G)I-DLE, Jaira Burns) | Music Video - League of Legends
League of Legends ✓
507M views • 3 years ago


Metal Gear Rising OST: It has to be this way
driftfighter1000
1.3M views • 9 years ago


Music of Memes **REMASTERED** (1700-2017)
The Cool Cat
44M views • 4 years ago


League of Legends - All Worlds Songs (2014 - 2021)
Spøøky Banditø
409K views • 6 months ago


[League Of Legends] Ranked Champion Select [Old]
IgnitedXenon
130K views • 8 years ago


⭐Best Songs For Playing LOL 2022🎧 1H Gaming Music 🎧 | Imagine Dragons, Arcane, K/DA, Etc #1
Poro GG
352K views • 3 months ago


Two Steps From Hell & Thomas Bergersen - 36 Tracks Best of All time | Most Powerful Epic Music Mix
Epic Music Mania
4.2M views • 1 year ago


League of Legends Sentinels of Light Full Story (all cinematics)
GCL - Game Storyteller
797K views • 8 months ago

**Warriors (ft. Imagine Dragons) | Worlds 2014 - League of Legends**
League of Legends ✓
362M views • 7 years ago

**League of Legends - Welcome to Planet Urf (Blind Drum Cover) -- The8BitDrummer**
The8BitDrummer ✓
64K views • 4 years ago

**Best Quote from every League of Legends champion+(skins)**
Reckless Z
304K views • 2 years ago

**The Animals - House of the Rising Sun (1964) HQ/Widescreen ♫♥ 58 YEARS AGO**
The Animals Tribute Channel
130M views • 12 years ago

**URF is coming on WildRift Soon! - #shorts #leagueoflegends #wildrift**
GlobeMaster - Gaming
123 views • 4 months ago

**Arcane League of Legends OST (Soundtrack from the Animated Series) ALBUM**
SpotlightBrasil ✓
213K views • 5 months ago

**SHOW MORE**

10,122 Comments        SORT BY

Add a comment...

**bread** 2 years ago
art team: how many visual effects do you want for the login screen
riot: yes
👍 4.6K    👎    REPLY
▼ View 13 replies

**Wade Mercado** 3 years ago
Best login theme. Best game mode. Make urf permanent.
👍 3K    👎    REPLY
▼ View 35 replies

**tiblubjunior** 7 months ago
Never again will Riot make me as hyped for LoL as I was when I opened the client to this animation and music
👍 540    👎    REPLY
▼ View 4 replies

**Mike't** 1 year ago
Normal people: KDA vs true damage



The people with big brain:

👍 3.4K  👎   REPLY

▼ View 21 replies

**WaitingWarrior** 2 years ago
Me: I am an adult. I pay taxes.
Also me: unironically listening to an autotuned manatee on repeat for three hours

👍 1.8K  👎   REPLY

▼ View 8 replies

**Persona V** 4 months ago
And finally URF Is coming to wildrift

👍 858  👎   REPLY

▼ View 31 replies

**Kai** 2 years ago
imagine logging into league for the first time and seeing this

👍 6.1K  👎   REPLY

▼ View 68 replies

**Sneezing Dog** 4 years ago
And to this day, Rito has yet to release such an amazing soundtrack or login screen. This will forever go down in the League of Legends history as the single, most spectacular login screen they will ever release. Praise be URF!

👍 58  👎   REPLY

▼ View reply

**havana L** 1 year ago
My Chinese friend said in China the general public found it so cool that they just play it in shopping malls and shops and all that.

👍 681  👎   REPLY

▼ View 13 replies

**Atsushii** 4 months ago
Best login theme,this reminds me that time when me and my friends play league 2016 urf nonstop.Good old days

👍 67  👎   REPLY

**Jeronimon** 2 years ago
Opening the game and seeing this login screen for the first time was one of the greatest moments of this game.

👍 71  👎   REPLY

**Kyrie Espayos** 11 months ago
The Average K/DA and True Damage Fan
Vs
The Average Urf Enjoyer

👍 323  👎   REPLY

▼ View 3 replies

**Sim Gretina** ✓ 7 years ago
I find myself subconsciously twerking to this

👍 2.6K  👎   REPLY

▼ View 29 replies


**YO5XD** 2 years ago
Muchos años han pasado.... imposible no llorar de emoción al saber que volvere a jugarlo :")

👍 28  👎   REPLY


**Toppien** 4 years ago
and then, they learned that playing urf makes you stop wanting to play the game forever  XD

👍 1K  👎   REPLY

▼ View 14 replies


**Paul Romano** 4 months ago
can't believe this will be in wildrift soon

👍 167  👎   REPLY

▼ View 3 replies


**Steven Sun** 3 years ago
one of my all time favorite League Log in.
i remember the first time it loaded, i was like:
"oh! a new champion release???.......... what am i seeing!? omfg the music is so good but this doesnt make sense my brain cant compute!"

👍 111  👎   REPLY

▼ View reply


**Itanchiro** 1 month ago
Everything about League of legends is so good, except playing it

👍 7  👎   REPLY


**B11 - Laurel, Jose Gavriel B.** 4 years ago
When an April fools champ becomes a legendary game mode

👍 4.3K  👎   REPLY

▼ View 6 replies


**Tiago** 2 years ago
This is trully the greatest timeline;
I just hope they do something with this theme for when URF goes live, its a masterpiece and both Riot and the played base know it

👍 7  👎   REPLY


**bear** 2 years ago
Riot games: URF is coming again in the end of the year, not ARURF , real URF

Suicide rate drops to 0%

👍 4.6K  👎   REPLY

▼ View 31 replies


**Timothy Chau** 3 years ago
This is my favorite login screen. Everything is perfect, the picture, the song, and even the name. Planet urf instantly tells you that its a crazy place just like the game mode.

👍 1  👎   REPLY


**Alexis Núñez** 2 years ago
Aquí empezó mi viaje en el LoL. Hasta me emociono al volver a escuchar esto. :')

👍 15  👎   REPLY

▼ View reply


**Katana Miscel** 9 months ago


Been playing league of legends since the week MF came out. Yeah, I believe it was back in 2009 possibly 2010. And nothing brought me more joy than Urf in terms of game modes. It has changed quite a bit since then sadly enough to say. But that's because league itself has changed so drastically. I miss many of the old champions mechanics and the way it was played, my only regret in life is not being able to stop time back in season 3.

👍 1  👎  REPLY


**mysterio7897** 2 years ago (edited)
I loved this music. And as someone who started playing league at the beginning of this year. Im very happy i finally got to experience urf. I do wish that this music played during the matches

👍 2  👎  REPLY


**Jayvee Miguel** 4 months ago
I know we all grow up listening to this. Never experienced so much hype since this came up

👍 8  👎  REPLY


**Caleb H** 6 years ago
They will never top this login screen.

👍 2.8K  👎  REPLY

▼ View 37 replies


**fapi** 4 years ago
This is the best login screen that riot ever made, it just sounds like 'THE event, the one and only, prepare to fight' its just epic

👍 6  👎  REPLY


**Babyyoshi309** 2 years ago
I remember just all news leading up to April Fools Day was saying they weren't going to bring back URF, and that they were instead going to have NURF (which was like the opposite). And they even had the whole thing working and playable on the PBE. Then April Fools Day came, everyone logged in and was greeted by the most epic login screen to ever exist. As everyone realized, URF was back.

👍 4  👎  REPLY


**Arthur Oliveira** 8 months ago
Melhor modo, devia ser parte do game de forma integral.

👍 12  👎  REPLY


**Diego Puma** 2 years ago
Es 2019 y no me canso de escuchar este tema jajajaja la alegria que me da de solo escucharlo y ufff poder jugarlo altodesmadre

👍 7  👎  REPLY


**shen** 1 year ago
Some of the best times I had on league, was around 10 years old in Australia playing in NA for some reason, played so much urf with friends in america, not caring I was playing on perm 280 ping.

👍 15  👎  REPLY


**Qeb** 2 years ago
Who's here because REAL URF is coming back for 10 year anniversary?

👍 1.7K  👎  REPLY

▼ View 3 replies


**Adli Arindra** 2 years ago
No matter how many times i have heard this song, when the intro stars playing it always makes me smile

...
Read more

