# EXHIBIT 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-944-077

**Effective Date of Registration:**
May 28, 2015

---

## Title

**Title of Work:** League of Legends Music: Welcome to Planet Urf

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 31, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Riot Games, Inc.
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Riot Games, Inc.
12333 W. Olympic Blvd., Los Angeles, CA, 90064, United States

## Rights and Permissions

**Organization Name:** Riot Games, Inc.
**Address:** 12333 W. Olympic Blvd.
Los Angeles, CA 90064 United States

## Certification

**Name:** Yula Chin
**Date:** May 28, 2015

---



*00000PA000019440770202*