# EXHIBIT 11

## PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK

## Youtube – Myanmar GOGOGO – All Star 2022 Myanmar Call Out Video.mp4



#EveryoneCanBeAStar #MLBB515MWorld #ခု

Myanmar GOGOGO- All Star 2022 Myanmar Call Out Video

10,363 views • Apr 25, 2022

410   DISLIKE   SHARE   SAVE



Mobile Legends: Bang Bang Official
14.2M subscribers

SUBSCRIBE

Good day MLBBers!Time to unveil the mission for the 40 candidates!! Yes some of you have got it right!! All these 40 candidates would be joining Myanmar's 515 All Star of this year!!

And along the way, your mission is extremely important too!!!You can actually be the one deciding on who the star of Myanmar will be!!Note that your votes got to decide on which 4 teams would pass the voting stage then move on to the domestic stage!!!And moreover, your views and attention would actually turn into the power of charity!! It is the VERY FIRST ALL STAR where a charity donation program is engaged and where our players views would actually decide on the amount of donations! With more views from all players through this year's All Star domestic stage, the more donations would go to the Myanmar local charity groups!! With all these amaze and power of kindness awaiting, do keep up your attention for THIS 515 ALL STAR!! To start with, LOG INTO MLBB and submit your votes for your beloved KOLs from April 29th to May 4th, 2022!!!

Do check out the below video to understand more about all these!! Enjoy MLBB everyone!!
https://bit.ly/36v1L40

#EveryoneCanBeAStar #MLBB515MWorld #ခု ခု ခု

SHOW LESS



NYSITS.org Study Session - 2022 G23 Exams - Intro, Systems Analysis
Toner Tutoring
19K views • Streamed 1 month ago
2:00:41





**Dyana Dima** 2 days ago
Beautifull mcl. 515.
👍 1 👎 REPLY

**Janz Wu** 3 days ago
MPL MM Season 6 Pleaseeeeeee
👍 4 👎 REPLY

**HSNO Gaming** 1 day ago
MM
👍 👎 REPLY

**Punchable Face** 2 days ago
GOOO INGYINNN
👍 👎 REPLY

**kenta falls** 3 days ago
Myanmar = land of feeders and afk 😂😂😂
👍 4 👎 REPLY

**Muhammad Hr** 2 days ago
Plissss buff clint monton 😒
👍 1 👎 REPLY

**Cow Crafter** 9 hours ago
we don't talk about 'Lee' 🙂
👍 👎 REPLY

**Solo Game man** 3 days ago
Myanmar
👍 6 👎 REPLY

**AttackOnFanny** 3 days ago
All I can hear is "lee line" lmfao.
👍 13 👎 REPLY
▼ View 6 replies

**myanmar young boy**ᴍᴍ 3 days ago
Wow
👍 2 👎 REPLY

**Hayagusion** 3 days ago
MMMMMMMMMMMMMMMMM
👍 👎 REPLY

**Jrick Corales** 2 days ago
URF In league of legends
👍 👎 REPLY

**YaTi MBBS** 2 days ago
Myamar vs indonesia ;-) 😎😎😎😎😎😎😎😎😎😎😎😎😎😎 indonesia good
👍 👎 REPLY



**ဒါပေ့ါ ဒါပေ့ါ** 3 days ago
HAHAHAHAHAHAA "LEE"
REPLY

**Milky Hamasaki** 3 days ago
Myammar leeee
REPLY

**Jhimmuel Sabroso** 2 days ago
Mobile legends WTF the background music is from League of legends (Welcome to planet URF theme)
REPLY

**Consty Gaming** 3 days ago
Myanmar bots in my lobby everyday
👍 1   REPLY

**Star La** 3 days ago
Lee Cheng see 😄😁
REPLY

**Win Zaw** 3 days ago
Mm мммммммммммммммммммм
REPLY

**Joan Mir** 3 days ago
Ada ingyin😄
👍 1   REPLY

**HAGO GIA TỘC** 2 days ago
MOBLE LEGENDS BANG BANG 1.80.8 MOBLE LEGENDS BANG BANG MAX 2.80.8
👍 1   REPLY

**JAS JUS** 3 days ago
Don't feed lee
👍 1   REPLY

**Jhimmuel Sabroso** 2 days ago
You even copied Ahri kda for Guinevere's new legend skin, come on don't grow as a copy cat have some originality
REPLY

**Semua keluargaku Pengkhianat karena aku Gay** 3 days ago
Myanmar banyak pro playernya
👍 4   REPLY

▼ View 5 replies

**garfield949 Yumz** 3 days ago
Why they use urf music such a shame
REPLY

**Sikon** 2 days ago
why did they use the LoL urf beat
REPLY



